**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

January 14, 2022

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 2102
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

BY ECF

Re:  United States v. Ikoli et al.
     16 Cr. 148 (AJN)

Dear Judge Nathan:

      Defendant Sadae Ikoli's ("Ikoli") is currently on supervised release. She has been in full compliance with the conditions of her release. By this letter, she respectfully requests permission to travel to the Bahamas with her sister from February 13-17 of this year. If this application is granted, she will provide a detailed itinerary to the United States Probation Department Probation ("Probation") prior to her departure. Probation, by United States Probation Officer Claudell Brehon, does not object to this application.

      Thank you for Your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

SO ORDERED
1/18/2022
*Alison J. Nathan*

cc:  USPO Claudell Brehon (by email)