TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/15/2022_

June 14, 2022

Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

BY ECF

             Re: United States v. Sadae Ikoli
                16 Cr. 148 (AJN)

Dear Judge Torres:

  I was informed that due to Judge Nathan's move to the Circuit, this case has been assigned to Your Honor. Defendant Sadae Ikoli's ("Ikoli") is currently on supervised release. She is scheduled to complete supervision on July 18, 2022 . By this letter, Ikoli respectfully requests permission to travel to Aruba with her sister and significant other from June 16, 2022 through June 22, 2022. If this application is granted, she will provide a detailed itinerary to the United States Probation Department Probation ("Probation") prior to her departure. Probation, by United States Probation Officer Sonales Gonzalez, does not object to this application so long as Probation is provided with an itinerary prior to departure.

  I apologize for the lateness of this request. The delay was caused by me, not Ikoli. Thank you for Your Honor's consideration of this request.

      GRANTED.

      SO ORDERED.

      Dated: June 15, 2022
         New York, New York

_____
ANALISA TORRES
United States District Judge